UNITED STATES DISTRICT COURT
NONRTHERN DISTRICT OF OHIO
------------------------------------------------------

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | CASE NO. 1:14-CR-239 |
| Plaintiff, : | |
| : | |
| v. : | OPINION & ORDER |
| : | [Resolving Doc. 33] |
| DEION THOMPSON, : | |
| : | |
| Defendant. : | |
| : | |

------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On March 23, 2016, this Court issued an opinion and order denying Deion Thompson's motion for appointment of counsel. Upon reconsideration, this Court reverses its prior order and **GRANTS** Thompson's motion for appointment of counsel.

## I. Discussion

This Court based its March 23, 2016 decision on the controlled substance offense listed on Thompson's PSR: Drug Possession (F-2) in Cuyahoga County Common Pleas Court in Case # CR-05-461329.

Because it is unclear whether this Drug Possession felony controlled substance convictions involved the intent to "manufacture, import, export, distribute, or dispense" as required under USSG §4B1.2(b)'s definition of a controlled substance offense, this Court will **GRANT** the motion to appoint counsel.

Case No. 14-cr-239
Gwin, J.

## II.  Conclusion

For the reasons above, this Court **GRANTS** Defendant's motion seeking the appointment of counsel.

IT IS SO ORDERED.


Dated:  April 20, 2016                                          *s/          James S. Gwin*
                                                                                    JAMES S. GWIN
                                                                                    UNITED STATES DISTRICT JUDGE