**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:14CR239 |
| | : | |
| Plaintiff, | : | JUDGE JAMES S. GWIN |
| | : | |
| -vs- | : | |
| | : | **NOTICE OF APPEARANCE OF** |
| DEION THOMPSON, | : | **COUNSEL** |
| | : | |
| Defendant. | : | |

Undersigned counsel, Christian J. Grostic, enters a Notice of Appearance of Counsel on behalf of Deion Thompson in the above-captioned case.  Please add Christian Grostic to the docket as lead counsel for Mr. Thompson.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928

*/s/ Christian J. Grostic*
CHRISTIAN J. GROSTIC
Assistant Federal Public Defender
Ohio Bar: 0084734
1660 West Second Street, Ste. 750
Cleveland, OH 44113
Telephone: 216-522-4856 Fax: 216-522-4321
E-mail: christian_grostic@fd.org