IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:14 CR 239 |
| Plaintiff, | ) | |
| | ) | |
| | ) | JUDGE JAMES S. GWIN |
| V. | ) | |
| | ) | |
| DEION THOMPSON, | ) | |
| | ) | GOVERNMENT'S MOTION TO |
| Defendant. | ) | CONTINUE FINAL SUPERVISED |
| | ) | RELEASE REVOCATION HEARING |
| | ) | AND/OR TRANSFER TO JUDGE |
| | ) | BARKER |

NOW COMES the United States of America, by and through Rebecca C. Lutzko, United States Attorney, and Henry F. DeBaggis, Assistant U.S. Attorney, and respectfully submits Government's Motion to Continue Final Supervised Release Revocation Hearing and/or Transfer to Judge Barker.

On December 6, 2023, Deion Thompson is charged in a multiple count felony indictment in *United States v. Murray Foster, et al.,* Case No. 1:23CR638, and the case is assigned to Judge Pamela A. Barker.  Defendant Thompson is scheduled for a final supervised release revocation hearing in the captioned matter on December 20, 2023, and Thompson's supervised release violation relates to the offense conduct charged in 1:23CR638.  Thompson is also scheduled for arraignment in 1:23CR638 on December 20, 2023.

The government respectfully moves the Court to continue the final revocation hearing and/or transfer the final supervised release revocation matter to Judge Barker for disposition.  Defense

1

counsel does not object to this request.

WHEREFORE the United States respectfully submits the within Government's Motion to Continue Final Supervised Release Revocation Hearing and/or Transfer to Judge Barker.

Respectfully submitted,
REBECCA C. LUTZKO
United States Attorney

By:  /s/ Henry F. DeBaggis
 Henry F. DeBaggis (0007561)
 Assistant U.S. Attorney
 United States Court House
 801 West Superior Avenue, Suite 400
 Cleveland, OH 44113
 Phone: (216) 622-3749
 Fax: (216) 522-7499
 Henry.DeBaggis@usdoj.gov

2