# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER: 1:14-CR-00239 JG |
| | ) | |
| Appellee/Plaintiff, | ) | JUDGE PAMELA A. BARKER |
| | ) | |
| -vs- | ) | |
| | ) | |
| DEION THOMPSON | ) | **NOTICE OF APPEAL** |
| | ) | |
| Appellant/Defendant. | ) | |

Now comes the Defendant, Deion Thompson, by and through his attorney, James D. Ingalls, and hereby gives Notice of Appeal to the United States Court of Appeals for the Sixth Circuit from the United States District Court's Order journalized in the above entitled case on January 5, 2026, a copy attached hereto and incorporated herein.

Respectfully submitted,

*/s/ James D. Ingalls*
JAMES D. INGALLS,  0053071
55 Public Square, 21st Floor
Cleveland, Ohio  44113
(216) 363-6030
(216) 363-6054 facsimile
Email: jdilaw@gmail.com
Counsel for Appellant/Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2026, a copy of the foregoing Notice of Appeal was filed electronically.  Notice will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ James D. Ingalls

James D. Ingalls, Esq.
Counsel for Appellant/Defendant