Case No. 26-3049

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

UNITED STATES OF AMERICA

     Plaintiff - Appellee

v.

DEION THOMPSON

     Defendant - Appellant

    Upon consideration of the motion of James D. Ingalls to withdraw as counsel for the appellant,

    It is **ORDERED** that the motion be and it hereby is **GRANTED**. The court will appoint new counsel to represent the appellant under the Criminal Justice Act.

                **ENTERED PURSUANT TO RULE 45(a),**
                **RULES OF THE SIXTH CIRCUIT**
                Kelly L. Stephens, Clerk

Issued:  March 24, 2026